

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-22-00356-CR

---

MAX ANDREW SOTO, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

---

On Appeal from the County Court
Hale County, Texas
Trial Court No. 2021C-463, Honorable David B. Mull, Presiding

---

May 22, 2023

## ORDER OF ABATEMENT AND REMAND

Before PARKER and DOSS and YARBROUGH, JJ.

Appellant, Max Andrew Soto, appeals his conviction for unlawful carrying of a weapon.[1]  Appellant's brief was originally due April 13, 2023, but was not filed.  By letter of April 27, 2023, we admonished Appellant's appointed counsel that failure to file a brief by May 8 would result in the appeal being abated and the cause remanded to the trial

---

[1] *See* TEX. PENAL CODE ANN. § 46.02.

court for further proceedings. Appellant's counsel has not filed a brief or had any further communication with this Court to date.

We, therefore, abate the appeal and remand the cause to the trial court for further proceedings. *See* TEX. R. APP. P. 38.8(b)(2), (3). Upon remand, the trial court shall determine the following:

(1) whether Appellant still desires to prosecute the appeal;

(2) whether Appellant is indigent;

(3) why a timely appellate brief has not been filed on behalf of Appellant;

(4) whether Appellant's counsel has abandoned the appeal;

(5) whether Appellant has been denied the effective assistance of counsel;

(6) whether new counsel should be appointed; and

(7) if appellant desires to continue the appeal, the date the Court may expect Appellant's brief to be filed.

The trial court is also directed to enter such orders necessary to address the aforementioned questions. So too shall it include its findings on those matters in a supplemental record and cause that record to be filed with this Court by June 21, 2023. If it is determined that Appellant desires to proceed with the appeal, is indigent, and has been denied the effective assistance of counsel, the trial court may appoint new counsel; the name, address, email address, phone number, and state bar number of any newly appointed counsel shall be included in the aforementioned findings.

Should counsel file a brief on or before June 5, 2023, he is directed to immediately notify the trial court of the filing, in writing, whereupon the trial court shall not be required to take any further action.

2

It is so ordered.

Per Curiam

Do not publish.